429 A.2d 68

Commonwealth v. Fiore, Appellant.

Submitted December 6, 1979. Roy

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

572

Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J. concurred in the result.